IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures LLC, | No. CV 11-01055-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Karsen Ltd., et al., | |
| Defendants. | |

We have before us defendant Eugene Selihov's expedited motion for one week extension to file a response to plaintiff's motion for preliminary injunction (doc. 22) and plaintiff's response (doc. 23). Defendant requests a one-week extension through and including March 20, 2012. Since his response is not actually due until March 16, 2012, his requested extension is only for four additional days. This short extension will not prejudice plaintiff.

**IT IS ORDERED GRANTING** defendant's motion for an extension of time to respond to and including March 20, 2012 (doc. 22).

DATED this 9th day of March, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge