# EXHIBIT C



| | |
|---|---|
| Full name | 1209 |
| Displayname | 1209 |
| E-Mail adress | santiagoamaryllis@yahoo.com |
| Company/Product name | David LaSalle Gabriel, Lasalle Alexander Gabriel D/B/ASL |
| Subject of Complaint | THEFT OF SERVICES and Misrepresentation |
| IP | 166.147.109.9 |

Artist/SLR Records, Inc. Timeline

DATES        INCIDENTS/NOTES

8/27/2007        Artist was approached by Lasalle Gabriel on MySpace to be added on friendlist
8/29/2007        Lasalle offering contract to become part of SLR/Sony Records Label
        explains that an initial investment is necessary to prove to investors that artist
        is serious about career. He states he needs an initial $3500 to be wired to him
        Lasalle sends contract via email & funds are wired in care of Lorgran Media Trust
        Lasalle requests for an Artist Bio/JPEG for single cover

Save   Cancel

| | |
|---|---|
| Full name | chalete509 |
| Displayname | chalete509 |
| E-Mail adress | premail@aol.com |
| Company/Product name | VIP Remodeling |
| Subject of Complaint | The owner, Steve Rice, misrepresented his experience an |
| IP | 71.246.221.80 |

See Maryland Dept. of Assessments and Taxation: THE ENTITY WAS FORFEITED FOR FAILURE TO
FILE PROPERTY RETURN FOR 2010.

Based on an online ad, I contacted Steve Rice of VIP Remodeling & Renovations, Inc. in March of 2010.
I interviewed him regarding his experience, and he later contacted me multiple times in an effort to
secure the small bathroom remodel project for his company. After signing a contract and paying a large
deposit, Mr. Rice began the project. Due to the fact that he hired two subs who reside in the county his
business is located in, travel to and from the job site became an issue. In addition, Mr. Rice didn't pay
the subs, and after the initial two days on the job, they didn't return. Mr. Rice then demanded money,
which was not obligated under the terms of the contract. It later became clear that he had made

Save   Cancel



| | |
|---|---|
| Full name | electrocutioner37 |
| Displayname | electrocutioner37 |
| E-Mail adress | a743379@rppkn.com |
| Company/Product name | hangfeng wu aka accmonster(ebay)  aka screenaid.com a |
| Subject of Complaint | ships broken parts |
| IP | 136.2.1.102 |

Does high volume on ebay and gets a high rating,which is deceptive-look at all the THOUSANDS of negative reports-there are many who experienced EXACTLY like I did.

I bought a lcd/digitizer screen for a broken cell phone.Its a tricky repair and once i finished it it did not work properly.There was a torn ribbon cable.I contacted them and they said they would send me another one for half price so i figured fair enough,give them the benefit of the doubt.

When i received the second one I found it was ALSO SHIPPED WITH A TORN RIBBON CABLE OUT OF THE PACKAGE-THEY ARE SHIPPING OUT GARBAGE!!!! They tried to get me to send more money-these guys are crooks

Save   Cancel

| | |
|---|---|
| Full name | Jchristian70 |
| Displayname | Jchristian70 |
| E-Mail adress | jchristian70@gmail.com |
| Company/Product name | Caribbean Secrets |
| Subject of Complaint | Land Fraud, misreprensentation |
| IP | 132.200.32.34 |

This is my website:      http://panamascams.com

The Following is my story

To let you know a little about me. I have been travelling to Panama since the summer of 2000. In the last decade I have been to Panama at least 15 times so I know Panama well and have traveled through many parts of the country. Spanish was the main language at my house growing up so it was not difficult to understand people in Panama except for the slang and the accent. I am a very weary of central and South American countries having visited Peru many times as a child and traveling to many countries throughout. Panama is a very beautiful country and overall fairly safe but has its fair share of

Save   Cancel