# **EXHIBIT G**

# SCAM INFORMER
## keeping consumers informed

"rip-off report"

Consumer reviews and reports on scam companies, bad products and services

Regist

## Search results: matching "rip-off report"

There are no reports using term **rip-off report** have been found

## Recently Updated Reports

**1** 3 minutes ago by totalripoff
**Antonio Rodriguez Lopategui TotalTelecom Corp is a rip off** - Antonio Rodriguez Lopategui total telecom corp is a rip...
these people will over charge for services- make up false invoices and then slander you all over...

**2** 18 minutes ago by Franciscoi
**Energy Savings Alliance - Energy Savings Alliance Green Monster, Siren Co. Shady...**
Green Monster, I am other victim of them. RICHARD ANDERSON OF UTAH, an employee of GREEN MONSTER,...

**3** 18 minutes ago by john Obo
**Ashra Spells - ashra spells free spells by ashra Fraud,scammers sydney,...**
"Prophet John Obo: I recognize I felt your power immediately to the ceremony, but you really...

**4** 41 minutes ago by rimrym
**AC DUCT CLEANING - AC DUCT CLEANING TELEMARKETING SCAM LIARS THIEVES...**
This "Indian" man who calls himself Sam, or Mike or Jim or James... just keeps calling....

**5** 51 minutes ago by ScamInformerONEMIILLION!
**Preferred Guest Resorts - Preferred Guest Resorts Best Vacations Ever told me would...**
Same deal for me too. Wasted 25 mins talking to them, hearing about the great prize, this and...

**6** 1 hours 25 minutes ago by Dr.Haldol
**Green Schoenfeld - Green Schoenfeld & Kyle, LLP Attorneys at Law The Morgan...**
Kevin Kyle has very bad mental problems.

**7** 2 hours 6 minutes ago by fizzed82
**entrust bankcard - lying to it's customers**
This company will not stop harassing me. They have called me no less than 4 times today, wanting...

**8** 2 hours 7 minutes ago by devguru
**Mark Dulisse - Mark Dulisse Tube Fool, Buyer Beware Montreal, Quebec...**
Mark Dulisse has always treated me great and he makes great products. You are disgruntled because...

**9** 2 hours 8 minutes ago by askmeonce
**Nick Antala - Nick Antala Nitidhan C Antala BOGUS RESUME FAKE MSCE...**
Lost it all to the dot head

**10** 2 hours 15 minutes ago by Ohsoeasy
**www.insightgroupplc.com - www.insightgroupplc.com Morninga, Bio E grass Boiler Room...**
White pepper media Brisbane another upchurch enterprise Phone numbers and address details just...

## Top Reports

/19/12 scam Protection, scam Reports, Email List, Report scam Email, scam News and Information | scamInfor...

Case 2:11-cv-01055-FJM   Document 25-7   Filed 03/20/12   Page 3 of 4

# SCAM INFORMER
keeping consumers informed

"corporate advocacy program"

Consumer reviews and reports on scam companies, bad products and services

Regist

## Search results: matching "corporate advocacy program"

There are no reports using term **corporate advocacy program** have been found

### Recently Updated Reports

**1** 4 minutes ago by totalripoff
**Antonio Rodriguez Lopategui TotalTelecom Corp is a rip off - Antonio Rodriguez Lopategui total telecom corp is a rip...**
these people will over charge for services- make up false invoices and then slander you all over...

**2** 19 minutes ago by Franciscoi
**Energy Savings Alliance - Energy Savings Alliance Green Monster, Siren Co. Shady...**
Green Monster, I am other victim of them. RICHARD ANDERSON OF UTAH, an employee of GREEN MONSTER,...

**3** 19 minutes ago by john Obo
**Ashra Spells - ashra spells free spells by ashra Fraud,scammers sydney,...**
"Prophet John Obo: I recognize I felt your power immediately to the ceremony, but you really...

**4** 42 minutes ago by rimrym
**AC DUCT CLEANING - AC DUCT CLEANING TELEMARKETING SCAM LIARS THIEVES...**
This "Indian" man who calls himself Sam, or Mike or Jim or James... just keeps calling....

**5** 52 minutes ago by ScamInformerONEMIILLION!
**Preferred Guest Resorts - Preferred Guest Resorts Best Vacations Ever told me would...**
Same deal for me too. Wasted 25 mins talking to them, hearing about the great prize, this and...

**6** 1 hours 26 minutes ago by Dr.Haldol
**Green Schoenfeld - Green Schoenfeld & Kyle, LLP Attorneys at Law The Morgan...**
Kevin Kyle has very bad mental problems.

**7** 2 hours 7 minutes ago by fizzed82
**entrust bankcard - lying to it's customers**
This company will not stop harassing me. They have called me no less than 4 times today, wanting...

**8** 2 hours 8 minutes ago by devguru
**Mark Dulisse - Mark Dulisse Tube Fool, Buyer Beware Montreal, Quebec...**
Mark Dulisse has always treated me great and he makes great products. You are disgruntled because...

**9** 2 hours 9 minutes ago by askmeonce
**Nick Antala - Nick Antala Nitidhan C Antala BOGUS RESUME FAKE MSCE...**
Lost it all to the dot head

**10** 2 hours 16 minutes ago by Ohsoeasy
**www.insightgroupplc.com - www.insightgroupplc.com Morninga, Bio E grass Boiler Room...**
White pepper media Brisbane another upchurch enterprise Phone numbers and address details just...

### Top Reports

/19/12  scam Protection, scam Reports, Email List, Report scam Email, scam News and Information | scamInfor...

Case 2:11-cv-01055-FJM   Document 25-7   Filed 03/20/12   Page 4 of 4

# SCAM INFORMER
## keeping consumers informed

"don't let them get away with it"

Regist

Consumer reviews and reports on scam companies, bad products and services

## Search results: matching "don't let them get away with it"

There are no reports using term **don't let them get away with it** have been found

## Recently Updated Reports

1. 4 minutes ago by totalripoff
   **Antonio Rodriguez Lopategui TotalTelecom Corp is a rip off - Antonio Rodriguez Lopategui total telecom corp is a rip...**
   these people will over charge for services- make up false invoices and then slander you all over...

2. 19 minutes ago by Franciscoi
   **Energy Savings Alliance - Energy Savings Alliance Green Monster, Siren Co. Shady...**
   Green Monster, I am other victim of them. RICHARD ANDERSON OF UTAH, an employee of GREEN MONSTER,...

3. 19 minutes ago by john Obo
   **Ashra Spells - ashra spells free spells by ashra Fraud,scammers sydney,...**
   "Prophet John Obo: I recognize I felt your power immediately to the ceremony, but you really...

4. 42 minutes ago by rimrym
   **AC DUCT CLEANING - AC DUCT CLEANING TELEMARKETING SCAM LIARS THIEVES...**
   This "Indian" man who calls himself Sam, or Mike or Jim or James... just keeps calling....

5. 52 minutes ago by ScamInformerONEMIILLION!
   **Preferred Guest Resorts - Preferred Guest Resorts Best Vacations Ever told me would...**
   Same deal for me too. Wasted 25 mins talking to them, hearing about the great prize, this and...

6. 1 hours 26 minutes ago by Dr.Haldol
   **Green Schoenfeld - Green Schoenfeld & Kyle, LLP Attorneys at Law The Morgan...**
   Kevin Kyle has very bad mental problems.

7. 2 hours 7 minutes ago by fizzed82
   **entrust bankcard - lying to it's customers**
   This company will not stop harassing me. They have called me no less than 4 times today, wanting...

8. 2 hours 8 minutes ago by devguru
   **Mark Dulisse - Mark Dulisse Tube Fool, Buyer Beware Montreal, Quebec...**
   Mark Dulisse has always treated me great and he makes great products. You are disgruntled because...

9. 2 hours 9 minutes ago by askmeonce
   **Nick Antala - Nick Antala Nitidhan C Antala BOGUS RESUME FAKE MSCE...**
   Lost it all to the dot head

10. 2 hours 16 minutes ago by Ohsoeasy
    **www.insightgroupplc.com - www.insightgroupplc.com Morninga, Bio E grass Boiler Room...**
    White pepper media Brisbane another upchurch enterprise Phone numbers and address details just...

## Top Reports